# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SADIE B. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Federal Court No.: 3:12-0603 |
| KROGER STORE 544 | ) | Jury of (12) Demanded |
| KROGER COMPANY | ) | |
| KROGER LIMITED PARTNERSHIP | ) | |
| | ) | JUDGE TRAUGER |
| Defendants. | ) | MAGISTRATE JUDGE BRYANT |

## NOTICE AND ORDER OF NON-SUIT

COMES NOW the Plaintiff, Sadie B. Anderson, pursuant to Federal Rules of Civil Procedure 41, and provides the written Notice of her intention to enter into a voluntary dismissal against the Defendants, Kroger Limited Partnership, Kroger Store 544, Kroger Co et al.

IT IS THEREFORE ORDERED, that pursuant to Federal Rules of Civil Procedure 41, the cause of the Plaintiff, against the Defendants, Kroger Limited Partnership, Kroger Store 544, Kroger Co et al, is voluntarily dismissed, without prejudice.

Entered this the ___1st___ day of ___JULY___, 2013.

_____

**JUDGE TRAUGER**

Approved for entry:

**/s/ Merriel Bullock-Neal**
**MERRIEL BULLOCK-NEAL, BPR 022703**
**235C Dunbar Cave Road**
**Clarksville, TN 37043**
**(931) 551-8300**